UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>T. BREWER, et al.,<br><br>    Defendants. | Case No. 13-cv-00515-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, judgment is entered against plaintiff. He shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

Dated: March 23, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS MARTINEZ,

    Plaintiff,

    v.

T. BREWER, et al.,

    Defendants.

Case No. 13-cv-00515-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/23/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Martinez ID: E-51644
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95532

Dated: 3/23/2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2